UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL WASLIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERTRUE INC., previously known as MEMBERWORKS, INCORPORATED and ADAPTIVE MARKETING LLC,<br><br>Defendants. | Case No. 3:09-cv-00106-JBA<br><br><u>CLASS ACTION</u><br><br><br><br><br><br><br><br><br><br>23 February 2009 |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Vertrue Incorporated and Adaptive Marketing LLC, by their counsel, state as follows:

Adaptive Marketing LLC is a wholly owned subsidiary of Idaptive Marketing LLC, which, in turn, is a wholly owned subsidiary of Vertrue Incorporated. Vertrue Incorporated is a wholly owned subsidiary of Velo Holdings, Inc. JP Morgan Chase & Co. indirectly owns 10% or more of Vertrue Incorporated's stock. Vertrue Incorporated is unaware of any other publicly held company that has an ownership interest of 10% or more of its stock or has financial interest

in the outcome of this litigation.

        Respectfully submitted,

        LAW OFFICE OF IAN E. BJORKMAN, LLC


By_____/s/_____
   Ian E. Bjorkman (ct11648)
   383 Orange Street
   New Haven, Connecticut  06511
   (203) 773-9110
   (203) 516-2364 (fax)
   ian@ibjorkman.com

*Attorney for Defendants*
   *Vertrue Incorporated and*
      *Adaptive Marketing LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 23, 2009, a copy of the foregoing Defendants' Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                       /s/
                                          Ian E. Bjorkman